UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES B. JONES,

        Petitioner,

   v.

MATTHEW L. CATES, Secretary,

        Respondent.
                                     /

No. C 12-3009 SI (pr)

**ORDER OF TRANSFER**

Charles B. Jones, an inmate at the Sierra Conservation Camp, has filed a petition for writ of habeas corpus to challenge his conviction from the Solano County Superior Court. Solano County lies within the venue of the Eastern District of California. The facility Jones is incarcerated at is in Tuolomne County, also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The Northern District is neither the district of conviction nor confinement. Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

     IT IS SO ORDERED.

DATED: June 19, 2012

                                              SUSAN ILLSTON
                                          United States District Judge

**United States District Court**
For the Northern District of California